UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**In re:**

**APADANA INVESTMENTS, INC.,**   Case No. 3:10-bk-03705-PMG

**Debtor.**   Chapter 11
_____/

**REGIONS BANK'S LIMITED OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR AN ORDER (I) APPROVING SALE OF ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS, AND (II) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS PURSUANT TO SECTIONS 363(b), (f) AND (m) OF THE BANKRUPTCY CODE**

Regions Bank ("Regions"), by and through its undersigned counsel, hereby files its Limited Objection to Debtor's Emergency Motion for an Order (I) Approving Sale of Assets Outside the Ordinary Course of Business, and (II) Authorizing the Sale of Assets Free and Clear of all Liens, Claims, Encumbrances and Interests pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code (the "Motion") [Doc. No. 31], and states as follows:

1. The Debtor filed the Motion on July 2, 2010, and the Motion has been scheduled for an expedited hearing on July 12, 2010 with an expected closing date of July 15, 2010. Regions has no objection to the proposed sale of Property 3, as contemplated by the Motion.[1]

2. The Debtor has three separate loans with Regions (the "Loans"), and the Loans are cross-collateralized pursuant to the cross-collateralization clause contained in the Loan Agreement for each of the Loans. Thus, the collateral for each of the Loans (including Property

---

[1] Capitalized terms not defined herein shall have the meaning ascribed in the Motion.

78765 v_01 \ 003322.0283

3) serves as collateral for all of the Loans. True and correct copies of the Loan Agreements for the Loans are attached hereto as **Exhibits "A", "B" and "C"** respectively.[2]

3. While the Motion recognizes that Regions, as first-priority lienholder on Property 3, "shall be paid in full at closing, including all post-petition interest, attorneys fees and costs in a total amount of $2,083,650.70 as of July 15, 2010, plus additional interest thereafter," the Motion does not recognize the remaining unsatisfied indebtedness due and owing to Regions, nor does it recognize that Regions' liens for the remaining unsatisfied obligations would attach to the same extent, priority and validity to the excess sale proceeds generated from the sale of Property 3, by virtue of the cross-collateralization clauses contained in the Loan Agreements.

4. Thus, Regions objects to the Motion only to the extent that the Debtor does not recognize the liens of Regions on the excess sale proceeds derived from the sale of Property 3. Regions, therefore, requests that the sale be approved with the provision that it be paid in full at closing for the amounts set forth in the Motion and that the liens of Regions attach to the excess sale proceeds generated from the sale of Property 3 for the remaining unsatisfied indebtedness due and owing to Regions.

**WHEREFORE,** Regions Bank respectfully requests that this Court enter an Order (i) granting the Motion, (ii) recognizing that Regions' lien attaches to the same extent, priority and validity to the excess sale proceeds derived from the sale of Property 3, over and above the amount owed on the Property 3 loan pursuant to the cross-collateralization clauses, and (iii) awarding any other relief that is fair and just.

---

[2] The above-referenced cross-collateralization clauses are contained in paragraph 6 of the Loan Agreements.

Respectfully submitted,

/s/ Mychal J. Katz
W. Glenn Jensen, Esq.
Florida Bar No. 0126070
Mychal J. Katz, Esq.
Florida Bar No. 0037588
**ROETZEL & ANDRESS**
P.O. Box 6507
Orlando, FL 32802-6507
Phone: (407) 896.2224
Fax:    (407) 835.3596
gjensen@ralaw.com
mkatz@ralaw.com

**COUNSEL FOR REGIONS BANK**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically or via U.S. Mail this 8th day of July, 2010, to the following: Debtor: Apadana Investments, Inc., P.O. Box 3592, Ponte Vedra Beach, FL 32004; Debtor's Attorney: Raymond B. LaBella, Esq., Keystone Law Group, 1665 Kingsley Ave., Suite 108, Orange Park, FL 32073; the Office of the United States Trustee – JAX 11, Attn: Elena L. Escamilla, Esq., 135 W. Central Blvd., Suite 620, Orlando, FL 32801; and the parties on the creditor matrix attached hereto.

/s/ Mychal J. Katz
Mychal J. Katz, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:10-bk-03705-PMG<br>Middle District of Florida<br>Jacksonville<br>Thu Jul  8 13:45:15 EDT 2010 | Hormoz & Nooshin Khosravi<br>3265 Front Road<br>Jacksonville, FL 32257-4945 | Hossein & Susan Ramezani<br>P.O. Box 365<br>Orange Park, FL 32067-0365 |
| Office of the United States Trustee<br>c/o Elena L. Escamilla<br>135 W. Central Blvd., Ste. 620<br>Orlando, FL 32801-2440 | Regions Bank<br>c/o Mychal J. Katz<br>P.O. Box 6507<br>Orlando, FL 32802-6507 | Regions Bank<br>c/o W. Glenn Jensen, Esq.<br>Roetzel & Andress<br>P.O. Box 6507<br>Orlando, FL 32802-6507 |
| Regions Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 10063<br>Birmingham, AL 35282-0001 | St. Johns County Tax Collect<br>P.O. Box 9001<br>Saint Augustine, FL 32085-9001 | Wells Fargo Bank, N.A.<br>c/o John F. Maroney, Esq.<br>Fowler White Boggs P.A.<br>50 N. Laura Street, Suite 2800<br>Jacksonville, FL 32202-3656 |

End of Label Matrix
Mailable recipients    8
Bypassed recipients    0
Total                  8