UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:10-bk-03705-PMG
Chapter 11

In Re:
Apadana Investments, Inc.,
    Debtor.
_____/

## ORDER ON DISCLOSURE STATEMENT

**THIS MATTER** came before the Court for hearing on the Disclosure Statement filed by the Debtor [D.E. 58] and Regions Bank's Objection to Disclosure Statement [D.E. 72]. At a hearing held on September 30, 2010, the Court finds that no party objected to the Debtor's request for leave to amend its disclosure statement to address Regions Bank's concerns.

IT IS ORDERED

1. The Debtor is granted leave to amend its disclosure statement.

2. The Debtor shall file the amended disclosure statement no later than thirty (30) days from the date of this order.

Dated: October 4, 2010

                                              Paul M. Glenn
                                              Chief United States Bankruptcy Judge

Copies furnished to:

Raymond B. LaBella, 1665 Kingsley Avenue, Suite 108, Orange Park, Florida 32073
Regions Bank, Attn.: Bankruptcy Dept., P.O. Box 10063, Birmingham AL 35282-001
Regions Bank, c/o Mychal J. Katz, P.O. Box 6507, Orlando FL 32802-6507
St. Johns County Tax Collector, P.O. Box 9041, Saint Augustine, Florida 32085-9001

Wells Fargo Bank, N.A., c/o John P. Maroney, Esq., Fowler White Boggs, P.A., 50 N. Laura Street, Suite 2800, Jacksonville, FL 32202-3656
Office of the United States Trustee, c/o Elena L. Escamilla, 135 W. Central Blvd., Ste. 620 Orlando, FL 32801-2440