**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                                      Case No.: 3:10-bk-03705-PMG
                                                                                             Chapter 11

APADANA INVESTMENTS, INC.,
    Debtor.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR

    Raymond B. LaBella, Counsel for Apadana Investments, Inc. (the "Debtor") in the above-referenced bankruptcy case respectfully moves this Court, pursuant to 11 U.S.C. § 105 and Local Rule 2091-1, to allow said Counsel to Withdraw as Attorney in this case and, in support, states:

    1.    The Debtor filed its Voluntary Petition under Chapter 11 on April 30, 2010.

    2.    On or about July 28, 2010, Debtor's counsel was hospitalized after collapsing in his office.

    3.    After his collapse, Debtor's counsel has been under doctor's care.

    4.    The preliminary prognosis called for improvement and recovery of a few months from the date of the collapse.

    5.    Since that time, however, the expected recovery time has significantly increased greatly. Debtor's counsel's physicians now believe counsel is not healthy enough to return to work for an indeterminable length of time. Further, counsel's physicians have barred counsel from performing any work duties.

    6.    At the time of the initial physical symptoms, counsel was under the impression that he would be able to return to work and service his clients as was previously intended. Only

until recently, with the new diagnosis, has counsel come to realize that he would be unable to perform his duties as Debtor's counsel.

7. The Debtor will be greatly prejudiced if the Court does not grant the Motion to Withdraw. Counsel is unable to perform the duties required by this Court at this time.

8. The Creditors will not be prejudiced by the granting of this motion.

WHEREFORE, respectfully requests this Court to grant the Attorney for the Debtors' Motion to Withdraw.

LaBella Law, P.L.

/s/ Raymond B. LaBella
Raymond B. LaBella
Florida Bar #628621
LaBella Law, P.L.
1665 Kingsley Avenue, Suite 108
Orange Park, Florida 32073
Phone: (904) 541-1643
Fax: (904) 541-1676
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 2nd day of November 2010, to all parties on the attached mailing matrix.

/s/ Raymond B. LaBella
Raymond B. LaBella
Attorney for Debtor