**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

                Case No.: 3:10-bk-3705-PMG
                Chapter 11

In Re:
APADANA INVESTMENTS, INC.,
   Debtor(s)
_____/

**MOTION TO EXTEND DEADLINE**
**TO FILE AMENDED DISCLOSURE STATEMENT**

  Debtor, Apadana Investments, Inc., by and through the undersigned attorney, respectfully files this Motion for Extension of Time to file Amended Disclosure Statement, and in support thereof states:

  1. Debtor filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on April 30, 2010.

  2. The Court ordered the Debtor to file an amended disclosure statement within thirty days of October 4, 2010.

  3. Debtor's counsel has filed a Motion to Withdraw as Counsel for the Debtor requesting leave to withdraw due to a medical condition that does not allow the Debtor's counsel to work.

  4. This motion is not made for the purpose of delay and no creditor will suffer any prejudice if Debtor is granted an extension of time.

  WHEREFORE, the Debtor respectfully requests that this Court extend the Debtor's deadline to file the amended disclosure statement for thirty (30) days to allow the Debtor to obtain new counsel.

Dated this 2nd day of November 2010.

                                            LaBella Law, P.L.

                                            /s/ Raymond B. LaBella
                                            Raymond B. LaBella
                                            Florida Bar #628621
                                            LaBella Law, P.L.
                                            1665 Kingsley Avenue, Suite 108
                                            Orange Park, Florida 32073
                                            Phone: (904) 541-1643
                                            Fax: (904) 541-1676
                                            Attorney for Debtor

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 28th day of October 2010, to all parties on the attached mailing matrix.

                                            /s/ Raymond B. LaBella
                                            Raymond B. LaBella
                                            Attorney for Debtor