```
Label Matrix for local noticing         Apadana Investments, Inc.              Regions Bank
113A-3                                  P.O. Box 3592                          c/o W. Glenn Jensen, Esq.
Case 3:10-bk-03705-PMG                  Ponte Vedra Beach, FL 32004-3592       Roetzel & Andress
Middle District of Florida                                                     P.O. Box 6507
Jacksonville                                                                   Orlando, FL 32802-6507
Tue Nov  2 10:28:20 EDT 2010

United States Trustee - JAX 11 11       Wells Fargo Bank, N.A., successor-by-merger    United States Bankruptcy Court
135 W Central Blvd, Suite 620           c/o John F. Maroney, Esq.              300 North Hogan Street Suite 3-350
Orlando, FL 32801-2440                  Fowler White Boggs P.A.                Jacksonville, FL 32202-4267
                                        50 N. Laura Street
                                        Suite 2800
                                        Jacksonville, FL 32202-3656

Apadana Investments, Inc.               City of Jacksonville                   DENNIS W. HOLLINGSWORTH, ST. JOHNS COUNTY TA
824 Waterman Rd., South                 General Counsel                        PO BOX 9001
Jacksonville,FL 32207-5245              117 West Duval Street, Suite 480       ST. AUGUSTINE, FL 32085-9001
                                        Jacksonville, FL 32202-3734

Estate of Bahman Venus                  FL Dept. of Revenue                    Florida Dept. of Revenue
917 First Street South                  Bankruptcy Unit                        Bankruptcy Unit
Apartment 1102                          P.O. Box 6668                          P.O. Box 6668
Jacksonville Beach, FL 32250-2240       Tallahassee, FL 32314-6668             Tallahassee, FL 32314-6668

Hormoz & Nooshin Khosravi               Hossein & Susan Ramezani               (p)INTERNAL REVENUE SERVICE
3265 Front Road                         P.O. Box 365                           CENTRALIZED INSOLVENCY OPERATIONS
Jacksonville, FL 32257-4945             Orange Park, FL 32067-0365             PO BOX 21126
                                                                               PHILADELPHIA PA 19114-0326

M. Reza & Farbia Samiian                Nahid Venus                            Office of the United States Trustee
9134 Beauclerc Circle West              917 First Street South                 c/o Elena L. Escamilla
Jacksonville, FL 32257-4918             Apartment 1102                         135 W. Central Blvd., Ste. 620
                                        Jacksonville Beach, FL 32250-2240      Orlando, FL 32801-2440

Regions Bank                            Regions Bank                           Secretary of the Treasury
Attn.: Bankruptcy Dept.                 c/o Mychal J. Katz                     15th & Pennsylvania Ave., NW
P.O. Box 10063                          P.O. Box 6507                          Washington, DC 20220-0001
Birmingham, AL 35282-0001               Orlando, FL 32802-6507

St. Johns County Tax Collect            Tax Collector, Duval County            U.S. Securities & Exchange Commission
P.O. Box 9001                           231 E. Forsyth Street, #130            Reorganization Branch, Atlanta
Saint Augustine, FL 32085-9001          Jacksonville, FL 32202-3380            3475 Lenox Rd., NE, Ste. 1000
                                                                               Atlanta, GA 30326-3235

United States Attorney                  (p)WACHOVIA BANK NA                    Wachovia Bank, NA
300 North Hogan St Suite 700            PO BOX 13765                           1451 Thomas Langson Road
Jacksonville, FL 32202-4204             ROANOKE VA 24037-3765                  Winterville, NC 28590-8872

Wells Fargo Bank, N.A.                  Joshua J. Tejes                        Raymond B. LaBella
c/o John F. Maroney, Esq.               1309 St. Johns Bluff Rd. N.            Keystone Law Group
Fowler White Boggs P.A.                 Jacksonville, FL 32225-7333            1665 Kingsley Avenue, Suite 108
50 N. Laura Street, Suite 2800                                                 Orange Park, FL 32073-4415
Jacksonville, FL 32202-3656
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114

Wachovia
PO Box 3117
Winston Salem, NC 27102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Regions Bank
Attn: Bankruptcy Dept.
P.O. Box 10063
Birmingham, AL 35282-0001

(d)Regions Bank
c/o W. Glenn Jensen, Esq.
Roetzel & Andress
P.O. Box 6507
Orlando, FL 32802-6507

End of Label Matrix
Mailable recipients    29
Bypassed recipients     2
Total                  31